### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MANDY CALLIHAN and JAKE CALLIHAN, individually and as parents and next friends of CNC, a minor,<br><br>                             Plaintiffs,<br><br>vs.<br><br>INDEPENDENT SCHOOL DISTRICT NO. 1 OF DELAWARE COUNTY, OKLAHOMA,<br><br>                             Defendant. | Case No. 16-CV-525-JHP-FHM |

**OPINION AND ORDER**

The Motion for Protective Order filed by Defendant, [Dkt. 21], is before the undersigned United States Magistrate Judge for decision.

The parties agree that a protective order is necessary in this case, but have requested changes to the court's standard protective order. The parties are unable to agree on the wording or necessity of the proposed changes.

Except for the inclusion of the proposed footnote to §1(b), concerning the requirements of the FERPA, the court finds that the parties have not demonstrated the need to alter the language of the standard protective order. The court finds that the language used in the court's standard protective order, "other types of sensitive information," is broad enough to include the matters at issue in this case. In the event a disagreement arises about the designation or use of specific materials under the protective order, after conferring in good faith, the parties may bring the concrete dispute to the court's attention for resolution.

The Motion for Protective Order, [Dkt. 21], is GRANTED in part, and DENIED, in part. The court's standard protective order will be entered, including the aforementioned footnote.

SO ORDERED this 24th day of February, 2017.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE